UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 24167
    EDDIE HARGROVE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5672
```

--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/17/2005 and was confirmed 09/21/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

    The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST NATIONAL BANK OF M | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CO | UNSECURED | 755.71 | .00 | 104.09 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3370.00 | .00 | 464.22 |
| CLERK OF CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF THE CIRCUIT CT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 16452.64 | .00 | 2335.96 |
| DAVID J AXELROD & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 391.85 | .00 | 45.67 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3400.22 | .00 | 468.38 |
| MARQUETTE NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 297.17 | .00 | 34.66 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| AUTO TITLE LENDERS INC | UNSECURED | 2625.00 | .00 | 361.60 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 241.79 |
| DEBTOR REFUND | REFUND | | | 318.63 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,375.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 3,814.58 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 241.79 |
| DEBTOR REFUND | | 318.63 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 24167 EDDIE HARGROVE

```
                          ---------------      ---------------
TOTALS                       4,375.00             4,375.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn

Dated: 01/27/09                    _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 05 B 24167 EDDIE HARGROVE